**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 391 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| CALEB ECCLES-GONSALVES, | : | |
| | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

The status conference scheduled for Tuesday, September 24, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: September 18, 2024
　　　　New York, NY

_Richard M. Berman_
RICHARD M. BERMAN
U.S.D.J.