**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,           :      24 CR. 391 (RMB)
                                             :
    - against -                               :      **ORDER**
                                             :
                                             :
CALEB ECCLES-GONSALVES,                      :
                                             :
                Defendant.            :
------------------------------------------------------------x

The status conference scheduled for Wednesday, October 30, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 23, 2024
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.