# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 24, 2024

**By ECF and Email**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted on consent.
> The conference is rescheduled to December 11, 2024 at 9 AM.
> Time is excluded under the Speedy Trial Act for the reasons set forth in the letter request.
>
> SO ORDERED:
> Date: 10/25/2024
> Richard M. Berman, U.S.D.J.

Re: **United States v. Caleb Eccles-Gonsalves**
**24 Cr. 391 (RMB)**

Dear Judge Berman,

    I write to respectfully request that the Court adjourn the status conference in the above-captioned case, currently scheduled for Wednesday, October 31, at 9:00 a.m., for approximately 30 days. The parties are in the process of negotiating a potential pre-trial disposition of this matter. The requested adjournment will enable us to continue that process. Undersigned counsel is still in the process of reviewing the discovery produced by the government and I need additional time to discuss it with my client. In addition, the requested adjournment will enable the parties to discuss a potential pre-trial disposition of this matter.

    The government, by Assistant United States Attorney Ashley Nicolas, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Caleb Eccles-Gonsalves