# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 9, 2024

**By ECF and Email**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Caleb Eccles-Gonsalves**
      **24 Cr. 391 (RMB)**

Dear Judge Berman,

    I write to respectfully request that the Court adjourn the status conference in the above-captioned case, currently scheduled for Wednesday, December 11, at 9:00 a.m., for approximately 30 days. The parties have been engaged in serious negotiations regarding a potential pre-trial resolution of this matter; the requested adjournment will allow us to continue, and hopefully complete, those discussions.

    The government, by Assistant United States Attorney Ashley Nicolas, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Caleb Eccles-Gonsalves

---

Conference is adjourned to 1/28/25 at 11:30 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 12/9/24

Richard M. Berman, U.S.D.J.