**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 391 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| CALEB ECCLES-GONSALVES, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The status conference scheduled for Tuesday, March 11, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 5, 2025
      New York, NY

*Richard M. Berman*
RICHARD M. BERMAN
U.S.D.J.