| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Southern District<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

March 10, 2025

**By ECF and Email**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Caleb Eccles-Gonsalves**
      **24 Cr. 391 (RMB)**

Dear Judge Berman,

    I write to respectfully request that the Court adjourn the status conference in the above-captioned case, currently scheduled for tomorrow, March 11, at 10:00 a.m., for approximately 30 days. The parties have been engaged in negotiations regarding a potential pre-trial resolution of this matter; in accordance with those discussions, the government recently provided additional information to defense counsel, which we need time to review.

    The government, by Assistant United States Attorney Ashley Nicolas, has no objection to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Caleb Eccles-Gonsalves

---

Conference is adjourned to 4/16/25 at 9:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3/10/25
Richard M. Berman, U.S.D.J.