**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                                Government,     :     24 CR. 391 (RMB)

              - against -                     :     **ORDER**

CALEB ECCLES-GONSALVES,      :

                                 Defendant.      :
-----------------------------------------------------------------x

       The status conference scheduled for Wednesday, April 16, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 9, 2025
       New York, NY

                                                                                _/s/ Richard M. Berman_
                                                                        RICHARD M. BERMAN
                                                                             U.S.D.J.