**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,     :    24 CR. 391 (RMB)
                                          :
    - against -                            :    **ORDER**
                                          :
                                          :
CALEB ECCLES-GONSALVES,                   :
                                          :
                Defendant.      :
---------------------------------------------------------------x

       The plea scheduled for Wednesday, June 18, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: June 11, 2025
       New York, NY

                               _____
                                  RICHARD M. BERMAN
                                       U.S.D.J.