

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 1, 2025

**BY ECF AND EMAIL**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:*United States v. Caleb Eccles-Gonsalves* **24 Cr. 391 (RMB)**

Dear Judge Berman:

   The Government respectfully submits this letter with consent of defense counsel to request a brief extension of its deadline to file a sentencing submission from December 1, 2025 to December 3, 2025. The Government thanks the Court for its consideration of this request.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

            By:    /s/
                    Ashley C. Nicolas / Timothy Ly
                    Assistant United States Attorneys
                    Southern District of New York

cc:    Counsel of Record (by ECF and email)

Extension granted.

SO ORDERED:
Date: 12/1/25            *Richard M. Berman*
                    Richard M. Berman, U.S.D.J.