**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :          24 CR. 391 (RMB)
                                                   :
        - against -                                :          **ORDER**
                                                   :
                                                   :
CALEB ECCLES-GONSALVES,                            :
                                                   :
                          Defendant.               :
---------------------------------------------------------------x


        The sentencing scheduled for Tuesday, December 9, 2025 at 12:00 P.M. will

take place in Courtroom 17B.



Dated: December 3, 2025
        New York, NY


                                        _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.