**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24 Cr. 391 (RMB) |
| | **ORDER** |
| CALEB ECCLES-GONSALVES, | |
| Defendant. | |

The sentencing previously scheduled for February 4, 2026 is adjourned to February 5, 2026 at 9:00 a.m. in Courtroom 17B.

Date: February 3, 2026
New York, NY

RICHARD M. BERMAN, U.S.D.J.