**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :

                  Government,                    :       24 Cr. 391 (RMB)

        - against -                    :       **ORDER**

                                 :

CALEB ECCLES-GONSALVES,                       :

             Defendant.                    :
-----------------------------------------------------------------x

      The sentencing previously scheduled for Thursday, February 5, 2026 at 9:00 A.M. is hereby rescheduled to Thursday, February 5, 2026 at 1:30 P.M. in Courtroom 17B.

Dated: February 4, 2026
      New York, NY

                                          **RICHARD M. BERMAN**
                                             **U.S.D.J.**