**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

CALEB ECCLES-GONSALVES,

Defendant.

24 Cr. 391 (RMB)

**ORDER**

The Court has received the Government's "Preliminary Order of Forfeiture as to Specific Property." If Defendant has any comments regarding the Government's proposed order, please submit them to the Court by Friday, February 27, 2026. If no comments are submitted, the Court will adopt the Government's submission.

Date:   February 19, 2026
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**