UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          - v. -

CALEB ECCLES-GONSALVES,
    a\k\a "CB",
           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:     PRELIMINARY ORDER OF
:     FORFEITURE AS TO SPECIFIC
:     <u>PROPERTY</u>
:
:     24 Cr. 391 (RMB)
:
:

WHEREAS, on or about June 20, 2024, CALEB ECCLES-GONSALVES, a/k/a "CB" (the "Defendant"), was charged in a four-count Indictment, 24 Cr. 391 (RMB) (the "Indictment"), with conspiracy to illegally possess and transfer a machinegun, in violation of Title 18, United States Code, Section 371 (Count One); possession and transfer of a machinegun, in violation of Title 18, United States Code, Section 922(o)(1) (Count Two); conspiracy to engage in the unlicensed business of dealing in firearms, in violation of Title 18, United States Code, Section 371 (Count Three); and distribution of narcotics, in violation of Title 21 United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C)) (Count Four);

WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Counts One through Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Codes, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in, used in, or intended to be used in the offenses charged in Counts One through Three of the Indictment;

WHEREAS, on or about June 18, 2025, the Defendant pled guilty to Counts One through Four of the Indictment;

WHEREAS, the Government asserts the following property that was seized by the Government from the mail package on or about January 12, 2024:

    a.  Polymer80 9mm PF940C with threaded barrel;

    b.  15 Rounds 9mm, Magpul;

    c.  18 rounds 9mm, Amend2;

    d.  20x 9mm luger rounds with "FC" head stamp; and

    e.  Black suppressor

(a. through e. collectively, the "Seized Assets -1");

WHEREAS, the Government asserts the following additional property was seized by the Government on or about June 27, 2024, from a residence located on Neptune Drive Southeast, Saint Petersburg, Florida:

    a.  One Polymer80 Inc. Model PF940c pistol, no serial number;

    b.  One Glock Model 43 9mm pistol, serial number: ADVE055;

    c.  One Glock Model 23 Gen 4 .40 caliber pistol, serial number: BGXZ82;

    d.  One FNH USA Model 509 9mm pistol, serial number: GKS0080332;

    e.  One B&T Model MK-11 9mm pistol, serial number: 22-67583;

    f.  One Sig Sauer Model P365 9mm pistol, serial number: 66B344714;

    g.  One Glock Model 19 9mm pistol, serial number: BTRP979;

    h.  One Springfield Armory Model 2 .45 caliber pistol, serial number: GM473041;

    i.  One Sig Sauer Model P320 9mm pistol, serial number: 58C342322;

    j.  One Glock Model 19 Gen 4 9mm pistol, serial number: BLEF228 or BECY609;

k.  One Zamar Model Z-15 multi-caliber rifle, serial number: Z190387 (or 190387);

l.  One Norinco Model SKS .223 caliber rifle, serial number: 1820377;

m.  One Zamar LLC Model ZS-15 multi-caliber rifle, serial number: 190067;

n.  One Anderson Manufacturing Model AM-15 multi-caliber rifle receiver, serial number: 21120677;

o.  Six rounds of Federal .40 caliber ammunition;

p.  23 rounds of Sellier & Bellot 9mm ammunition;

q.  Two rounds of Perfecta 9mm ammunition;

r.  Three rounds of Speer 9mm ammunition;

s.  26 rounds of Hornady .40 caliber ammunition;

t.  29 rounds of Tula Cartridge Works 7.62 caliber ammunition;

u.  Ten rounds of Remington 9mm ammunition;

v.  One round of CBC 9mm ammunition;

w.  One round of PMC 9mm ammunition;

x.  12 rounds of Federal 9mm ammunition;

y.   11 rounds of Blazer CCI 9mm ammunition;

z.  Two (2) rounds of Aguila 9mm ammunition;

aa.  Seven ( 7) rounds of Hornady 9mm ammunition;

bb.  Three rounds of PPU 5.56 caliber ammunition;

cc.  29 rounds of Winchester 9mm caliber ammunition;

dd.  One round of Sellier & Bellot .45 caliber ammunition;

ee.  23 rounds of Winchester 9mm ammunition;

ff.  Two rounds of Arms Corporation of the Philippines, Armscor ammunition;

gg. Three rounds of unknown ammunition. The headstamp is the following: "1 K 20 9 X 19";

hh. Four rounds of Hyperion Munitions ammunition;

ii.  One round of Freedom Munitions ammunition;

jj.  28 rounds of Lake City Army Ammunition Plant ammunition;

kk. 11 rounds of Ammo Incorporated Inc. ammunition;

ll.  Two rounds of Norma Precision AB ammunition;

mm. 40 rounds of Belom Army ammunition;

nn. Three rounds of Winchester, Olin ammunition;

oo. Nine rounds of unknown ammunition. The headstamp is the following: "I K 223 REM";

pp. Eight rounds of 3-D Company Inc. USA ammunition;

qq. Two ETS magazines;

rr.  One B&T 9mm magazine;

ss.  Three Springfield Armory .45 caliber magazines;

tt.  12 Glock magazines;

uu. Two MFT magazines;

vv. One Pro-Mag 7.62 X 39 caliber magazine;

ww. Five Sig Sauer magazines; and

xx. Three FN magazines

(a. through xx., collectively, the "Seized Assets-2");

WHEREAS, the Government seeks the forfeiture of all of the Defendant's right, title and interest in the Seized Assets-1 and Seized Assets-2 (collectively, the Specific Property) as firearms and ammunition involved in or used in the offenses charged in Counts One through Three of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offenses charged in Counts One through Three of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant CALEB ECCLES-GONSALVES, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Preliminary Order of Forfeiture as to Specific Property, United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeitures) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.    The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

_____3/2/26_____
DATE

7